Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVAR LILES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN, <br><br> Defendants. | Case No.: 3:25-cv-02915-RFL <br><br> **DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

1

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02915-
RFL; 3:25-cv-03172-LJC; and 5:25-cv-03363-NC

EDWARD TROY BISHOP, derivatively on behalf of Nominal Defendant SOUNDHOUND AI, INC.,

               Plaintiff,

      v.

KEYVAN MOHAJER, NITESH SHARAN, JAMES HOM, DIANA SROKA, ERIC R. BALL, and LARRY MARCUS,

               Defendants,

     and

SOUNDHOUND AI, INC.,

               Nominal Defendant.

Case No.: 3:25-cv-03172-LJC

Magistrate Judge Lisa J. Cisneros

[Additional caption on following page]

2

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02915-RFL; 3:25-cv-03172-LJC; and 5:25-cv-03363-NC

ANAND ROY, Derivatively on Behalf of SOUNDHOUND AI, INC.,

Plaintiff,

v.

KEYVAN MOHAJER, NITESH SHARAN, JAMES HOM, DIANA SROKA, ERIC R. BALL, and LARRY MARCUS,

Defendants,

and

SOUNDHOUND AI, INC.,

Nominal Defendant.

Case No.: 5:25-cv-03363-NC

Magistrate Judge Nathanael M. Cousins

3

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02915-RFL; 3:25-cv-03172-LJC; and 5:25-cv-03363-NC

I, Robert C. Moest, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Counsel at The Brown Law Firm, P.A., counsel for Plaintiff Anand Roy ("Plaintiff Roy") in the above-captioned action *Roy v. Mohajer, et al.*, Case No. 5:25-cv-03363-NC (the "*Roy* Derivative Action").

2. I submit this declaration in support of the Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. My firm has conferred with counsel for defendants in the above-captioned cases ("Defendants") and counsel for Plaintiff Edward Troy Bishop ("Plaintiff Bishop") in the action *Bishop v. Mohajer, et al.*, Case No. 3:25-cv-03172-LJC (the "*Bishop* Derivative Action") regarding this Administrative Motion. Plaintiff Bishop and Defendants do not oppose the relief sought in the Administrative Motion and agree that the Derivative Actions should be deemed related to each other and to *Liles v. SoundHound AI, Inc., et al.*, 3:25-cv-02915-RFL (the "Securities Class Action"). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge. Executed April 29, 2025, at Los Angeles, California.

/s/Robert C. Moest                .
Robert C. Moest

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02915-RFL; 3:25-cv-03172-LJC; and 5:25-cv-03363-NC