**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVAR LILES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN,<br><br>Defendants. | Case No.: 3:25-cv-02915-RFL<br><br>**[PROPOSED] ORDER**<br><br>The Hon. Rita F. Lin<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

EDWARD TROY BISHOP, derivatively on behalf of Nominal Defendant SOUNDHOUND AI, INC.,

Plaintiff,

v.

KEYVAN MOHAJER, NITESH SHARAN, JAMES HOM, DIANA SROKA, ERIC R. BALL, and LARRY MARCUS,

Defendants,

and

SOUNDHOUND AI, INC.,

Nominal Defendant.

Case No.: 3:25-cv-03172-LJC

Magistrate Judge Lisa J. Cisneros

[Additional caption on following page]

[PROPOSED] ORDER

ANAND ROY, Derivatively on Behalf of SOUNDHOUND AI, INC.,

        Plaintiff,

        v.

KEYVAN MOHAJER, NITESH SHARAN, JAMES HOM, DIANA SROKA, ERIC R. BALL, and LARRY MARCUS,

        Defendants,

    and

SOUNDHOUND AI, INC.,

        Nominal Defendant

Case No.: 5:25-cv-03363-NC

Magistrate Judge Nathanael M. Cousins

Upon consideration of Edward Troy Bishop and Anand Roy's Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Bishop v. Mohajer, et al.*, Case No. 3:25-cv-03172-LJC (the "*Bishop* Derivative Action") and *Roy v. Mohajer, et al*, Case No. 5:25-cv-03363-NC (the "*Roy* Derivative Action") (together with the *Bishop* Derivative Action, the "Derivative Actions") shall be deemed related to *Liles v. SoundHound AI, Inc., et al.*, Case No. 3:25-cv-02915-RFL (the "Securities Class Acton") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1.     The Derivative Actions are deemed related to the Securities Class Action.

2.     The Derivative Actions are hereby reassigned to Judge Rita F. Lin.

3.     Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conferences currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

                                _____
                                  HON. RITA F. LIN
                                  UNITED STATES DISTRICT JUDGE