POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants St. John*
*Family Trust U/A DTD 08/19/1991 and Payal Dave*
*and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVAR LILES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN,<br><br>Defendants. | Case No.: 3:25-cv-02915-RFL<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN FURTHER SUPPORT OF MOTION OF ST. JOHN FAMILY TRUST U/A DTD 08/19/1991 AND PAYAL DAVE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  July 1, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor |

DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND
APPROVAL OF LEAD COUNSEL - 3:25-cv-02915-RFL

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of the St. John Family Trust U/A DTD 08/19/1991 and Payal Dave (together, the "Trust and Dave"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of the Trust and Dave's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action and approval of the Trust and Dave's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt of a public records summary obtained from LexisNexis and partially redacted by counsel for the Trust and Dave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 10, 2025.

/s/ Jennifer Pafiti
Jennifer Pafiti

1

DECLARATION IN FURTEHR SUPPORT OF MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND
APPROVAL OF LEAD COUNSEL - 3:25-cv-02915-RFL

**PROOF OF SERVICE**

I hereby certify that on June 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN FURTEHR SUPPORT OF MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL - 3:25-cv-02915-RFL