# EXHIBIT A



**Possible Criminal/Arrest (25 filings)**

| No. | Name | Type | Offense | Date | State |
|---|---|---|---|---|---|
| 1. | Wisner, Tamar Deandre | Criminal | Ride, Not Secured By Safety Belt-Driver (12-1-85) (#) | 06/09/2017 | Texas |
| | | | | | |

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: ███████████████
Haltom City, TX ████████
Offender Id: I01643675489841257602906I7CR3-01148020170609
County: MONTGOMERY
Filing Date: 06/09/2017
Race: BLACK
Sex: Male
Origin State: Texas


**Offense 1**

Categories: TRAFFIC
Case Number: 17CR3-011480
Case Type: MISDEMEANOR
Case Filing Date: 06/09/2017
Offense Date: 06/07/2017
Court Costs: 15500
Court Description: JP3 COUNTY S
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE
Court Disposition Date: 02/21/2018
Court Level/Degree: MISDEMEANOR
Court Offense: RIDE, NOT SECURED BY SAFETY BELT-DRIVER (12-1-85) (#)
Court Statute: TC 545.413

| 2. | Wisner, Tamar Deandre | Criminal | Endangering A Child | 02/18/2012 | Texas |
|----|-----------------------|----------|---------------------|------------|-------|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ██████████
LexID: 0007-3513-3160
Address: ███████████████
Houston, TX ████████
Offender Id: I00373675489841257602906I3376330101020120218
County: HARRIS
Filing Date: 02/18/2012
Race: BLACK
Sex: Male
Origin State: Texas


**Offense 1**

Categories: FAMILY_OFFENSES
Case Number: 133763301010
Case Type: STATE JAIL FELONY
Case Filing Date: 02/18/2012
Court Description: HARRIS COUNTY
Court Disposition: DEFERRED ADJUDICATION TERMINATED
Court Disposition Date: 07/15/2014

| | | | | | |
|---|---|---|---|---|---|
| Court Level/Degree: FELONY Court Offense: ENDANGERING A CHILD | | | | | |
| 3. | Wisner, Tamar Deandre | Criminal | Endangering A Child | 02/18/2012 | Texas |

**Personal Information**

Data Source: Criminal Court

Date of Birth: 12/1980

SSN: ███████

LexID: 0007-3513-3160

Address: ███████████

Houston, TX ████████

Offender Id: TJ3675489841257602906SPN01699898133763301010102012 0218

County: HARRIS

Filing Date: 02/18/2012

Race: BLACK

Sex: Male

Origin State: Texas

**Offense 1**

Categories: FAMILY_OFFENSES

Case Number: 133763301010

Case Filing Date: 02/18/2012

Agency: HOUSTON POLICE DEPARTMENT

Court Disposition: CONVICTED Status:COMPLETE

Court Disposition Date: 06/26/2012

Court Level/Degree: FELONY

Court Offense: ENDANGERING A CHILD

**Offense 2**

Categories: FAMILY_OFFENSES

Case Number: 133763301010

Case Filing Date: 02/18/2012

Agency: HOUSTON POLICE DEPARTMENT

Court Disposition: CONVICTED Status:COMPLETE

Court Disposition Date: 07/15/2014

Court Level/Degree: FELONY

Court Offense: ENDANGERING A CHILD

| | | | | | |
|---|---|---|---|---|---|
| 4. | Wisner, Tamar Deandre | Criminal | Reckless Driving | 12/04/2011 | Texas |

**Personal Information**

Data Source: Criminal Court

Date of Birth: 12/1980

SSN: ███████

LexID: 0007-3513-3160

Address: █████████████

Houston, TX █████

Offender Id: I0037367548984125760290617965770101020111204

County: HARRIS

Filing Date: 12/04/2011
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Case Number: 179657701010
Case Type: MISDEMEANOR CLASS B
Case Filing Date: 12/04/2011
Court Description: HARRIS COUNTY
Court Disposition: CONVICTION-PLEA OF GUILTY
Court Disposition Date: 01/30/2012
Court Level/Degree: MISDEMEANOR CLASS B
Court Offense: RECKLESS DRIVING

| 5. | Wisner, Tamar Deandre | Criminal | Reckless Driving | 12/04/2011 | Texas |
|----|----|----|----|----|----|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ███████
LexID: 0007-3513-3160
Address: ███████████
Houston, TX ████████
Offender Id: TJ3675489841257602906SPN0169989817965770101020111204
County: HARRIS
Filing Date: 12/04/2011
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Case Number: 179657701010
Case Filing Date: 12/04/2011
Agency: SHERIFF'S DEPARTMENT HARRIS COUNTY
Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 01/30/2012
Court Level/Degree: MISDEMEANOR
Court Offense: RECKLESS DRIVING

| 6. | Wisner, Tamar Deandre | Criminal | Assault-Family Member | 11/20/2009 | Texas |
|----|----|----|----|----|----|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ███████
LexID: 0007-3513-3160
Address: ████████████
Houston, TX ████

Offender Id: I00373675489841257602906164299990101020091120

County: HARRIS

Filing Date: 11/20/2009

Race: BLACK

Sex: Male

Origin State: Texas

**Offense 1**

Categories: ASSAULT_OTHER
Case Number: 164299901010
Case Type: MISDEMEANOR CLASS A
Case Filing Date: 11/20/2009
Court Description: HARRIS COUNTY
Court Disposition: DISMISSED
Court Disposition Date: 06/15/2010
Court Level/Degree: MISDEMEANOR CLASS A
Court Offense: ASSAULT-FAMILY MEMBER

| 7. | Wisner, Tamar Deandre | Criminal | Robbery-Threats | 03/18/2004 | Texas |

**Personal Information**

Data Source: Criminal Court

Date of Birth: 12/1980

SSN: ███████

LexID: 0007-3513-3160

Address: ██████████████

Houston, TX ████

Offender Id: I00373675489841257602906098115901010020040318

County: HARRIS

Filing Date: 03/18/2004

Race: BLACK

Sex: Male

Origin State: Texas

**Offense 1**

Categories: ROBBERY_RESIDENTIAL
Case Number: 098115901010
Case Type: FELONY SECOND DEGREE
Case Filing Date: 03/18/2004
Court Description: HARRIS COUNTY
Court Disposition: GUILTY PLEA-NO JURY
Court Disposition Date: 07/14/2004
Court Level/Degree: FELONY SECOND DEGREE
Court Offense: ROBBERY-THREATS

| 8. | Wisner, Tamar Deandre | Criminal | Robbery-Threats | 03/18/2004 | Texas |

**Personal Information**

Data Source: Criminal Court

Date of Birth: 12/1980

SSN: ███████

LexID: 0007-3513-3160

Address: ████████████
Houston, TX ████████
Offender Id: TJ3675489841257602906SPN01699898809811590101020040318
County: HARRIS
Filing Date: 03/18/2004
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: ROBBERY_RESIDENTIAL
Case Number: 098115901010
Case Filing Date: 03/18/2004
Agency: HOUSTON POLICE DEPARTMENT
Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 07/14/2004
Court Level/Degree: FELONY
Court Offense: ROBBERY-THREATS

| 9. | Wisner, Tamar Deandre | Criminal | Forgery | 03/17/2003 | Texas |
|---|---|---|---|---|---|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ████████
LexID: 0007-3513-3160
Address: TX
Offender Id: TH3675489984125760290603-DCR-03777120030317
County: FORT BEND
Filing Date: 03/17/2003
Origin State: Texas

**Offense 1**

Categories: COUNTERFEITING_FORGERY
Case Number: 03-DCR-037771
Case Filing Date: 03/17/2003
Court Description: 268TH JUDICIAL DISTRICT COURT
Court Disposition: JUDGMENT FOR DEFERRED ADJUDICATION
Court Disposition Date: 06/16/2003
Court Level/Degree: FELONY STATE JAIL
Court Offense: FORGERY

| 10. | Wisner, Tamar Deandre | Criminal | Burglary Of Vehicle | 02/03/2003 | Texas |
|---|---|---|---|---|---|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ████████
LexID: 0007-3513-3160
Address: ████████████████
Houston, TX ██████

Tamar_Wisner

Offender Id: I0037367548984125760290611567860101020030203
County: HARRIS
Filing Date: 02/03/2003
Race: BLACK
Sex: Male
Origin State: Texas


**Offense 1**

Categories: BURGLARY_BREAK_AND_ENTER_MOTOR_VEHICLE
Case Number: 115678601010
Case Type: MISDEMEANOR CLASS A
Case Filing Date: 02/03/2003
Court Description: HARRIS COUNTY
Court Disposition: PROBATION REVOKED
Court Disposition Date: 04/26/2004
Court Level/Degree: MISDEMEANOR CLASS A
Court Offense: BURGLARY OF VEHICLE


**Offense 2**

Categories: BURGLARY_BREAK_AND_ENTER_MOTOR_VEHICLE
Case Number: 115678601010
Case Type: MISDEMEANOR CLASS A
Case Filing Date: 02/03/2003
Court Description: HARRIS COUNTY
Court Disposition: PROBATION-PLEA OF GUILTY
Court Disposition Date: 04/07/2003
Court Level/Degree: MISDEMEANOR CLASS A
Court Offense: BURGLARY OF VEHICLE

| 11. | Wisner, Tamar Deandre | Criminal | Burglary Of Vehicle | 02/03/2003 | Texas |
|---|---|---|---|---|---|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ███████
LexID: 0007-3513-3160
Address: ███████
Houston, TX ███████
Offender Id: TJ3675489841257602906SPN0169989811567860101020030203
County: HARRIS
Filing Date: 02/03/2003
Race: BLACK
Sex: Male
Origin State: Texas


**Offense 1**

Categories: BURGLARY_BREAK_AND_ENTER_MOTOR_VEHICLE
Case Number: 115678601010
Case Filing Date: 02/03/2003
Agency: HOUSTON POLICE DEPARTMENT

Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 04/07/2003
Court Level/Degree: MISDEMEANOR
Court Offense: BURGLARY OF VEHICLE

**Offense 2**

Categories: BURGLARY_BREAK_AND_ENTER_MOTOR_VEHICLE
Case Number: 115678601010
Case Filing Date: 02/03/2003
Agency: HOUSTON POLICE DEPARTMENT
Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 04/26/2004
Court Level/Degree: MISDEMEANOR
Court Offense: BURGLARY OF VEHICLE

| 12. | Wisner, Tamar Deandre | Criminal | Failure To Stop & Give Info | 01/06/1999 | Texas |
|-----|------------------------|----------|------------------------------|------------|-------|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ▇▇▇▇▇▇▇▇
LexID: 0007-3513-3160
Address: ▇▇▇▇▇▇▇▇▇▇▇▇
Houston, TX ▇▇▇▇
Offender Id: I0037367548984125760290699008210101019990106
County: HARRIS
Filing Date: 01/06/1999
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Case Number: 990082101010
Case Type: MISDEMEANOR CLASS B
Case Filing Date: 01/06/1999
Court Description: HARRIS COUNTY
Court Disposition: DEFERRED ADJUD OF GUILT
Court Disposition Date: 02/24/1999
Court Level/Degree: MISDEMEANOR CLASS B
Court Offense: FAILURE TO STOP & GIVE INFO

**Offense 2**

Categories: TRAFFIC
Case Number: 990082101010
Case Type: MISDEMEANOR CLASS B
Case Filing Date: 01/06/1999
Court Description: HARRIS COUNTY
Court Disposition: DEFERRED ADJUDICATION TERMINATED
Court Disposition Date: 09/20/2000
Court Level/Degree: MISDEMEANOR CLASS B

Court Offense: FAILURE TO STOP & GIVE INFO

| 13. | Wisner, Tamar Deandre | Criminal | Failure To Stop & Give Info | 01/06/1999 | Texas |
|-----|----------------------|----------|----------------------------|------------|-------|

**Personal Information**

Data Source: Criminal Court
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: ███████████████
Houston, TX ███████████
Offender Id: TJ3675489841257602906SPN016998989900082101019990106
County: HARRIS
Filing Date: 01/06/1999
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Case Number: 990082101010
Case Filing Date: 01/06/1999
Agency: HOUSTON POLICE DEPARTMENT
Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 02/24/1999
Court Level/Degree: MISDEMEANOR
Court Offense: FAILURE TO STOP & GIVE INFO

**Offense 2**

Categories: TRAFFIC
Case Number: 990082101010
Case Filing Date: 01/06/1999
Agency: HOUSTON POLICE DEPARTMENT
Court Disposition: CONVICTED Status:COMPLETE
Court Disposition Date: 09/20/2000
Court Level/Degree: MISDEMEANOR
Court Offense: FAILURE TO STOP & GIVE INFO

| 14. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |
|-----|----------------------|----------|---------------|--|-------|

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB3675489841257602906098115901010
Height (in): 075
Weight (lbs): 180

Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 098115901010
Offense Date: 03/16/2004
Sentence Date: 07/14/2004
Agency: HOUSTON POLICE DEPARTMENT
Date: 03/17/2004
Court Costs: 22300
Court Description: TX101415J - 228TH DISTRICT COURT HOUSTON
Court Disposition: CONVICTED Status:COURT PHASE
Court Disposition Date: 07/14/2004
Court Level/Degree: FELONY SECOND DEGREE
Court Offense: NOT SPECIFIED
Jail: Max: 4 Years

| 15. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |
|-----|-----------------------|----------|---------------|--|-------|

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: █████████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB3675489841257602906115678601010
Height (in): 075
Weight (lbs): 180
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 115678601010
Offense Date: 02/03/2003
Sentence Date: 04/26/2004
Agency: HOUSTON POLICE DEPARTMENT
Date: 02/03/2003
Court Description: TX101083J - COUNTY CRIMINAL COURT AT LAW
Court Disposition: PROBATION Status:COURT PHASE
Court Disposition Date: 04/26/2004
Court Level/Degree: MISDEMEANOR CLASS A
Court Offense: NOT SPECIFIED
Jail: Max: 300 Days

**Offense 2**

Categories: OTHER

Tamar_Wisner

Case Number: 115678601010
Offense Date: 02/03/2003
Sentence Date: 04/07/2003
Agency: HOUSTON POLICE DEPARTMENT
Date: 02/03/2003
Court Description: TX101083J - COUNTY CRIMINAL COURT AT LAW
Court Disposition: CONVICTED Status:COURT PHASE
Court Disposition Date: 04/07/2003
Court Fine: 25000
Court Level/Degree: MISDEMEANOR CLASS A
Court Offense: NOT SPECIFIED
Probation: Max: 1 Years

| 16. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |
|-----|----------------------|----------|---------------|--|-------|

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: ████████████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB367548984125760290613376330 1010
Height (in): 075
Weight (lbs): 180
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 133763301010
Offense Date: 02/18/2012
Sentence Date: 07/15/2014
Agency: HOUSTON POLICE DEPARTMENT
Date: 02/18/2012
Court Description: TX101225J - 180TH DISTRICT COURT HOUSTON
Court Disposition: COMMUNITY SUPERVISION Status:COURT PHASE
Court Disposition Date: 07/15/2014
Court Level/Degree: STATE JAIL FELONY
Court Offense: NOT SPECIFIED

**Offense 2**

Categories: OTHER
Case Number: 133763301010
Offense Date: 02/18/2012
Sentence Date: 06/26/2012
Agency: HOUSTON POLICE DEPARTMENT
Date: 02/18/2012
Court Description: TX101225J - 180TH DISTRICT COURT HOUSTON
Court Disposition: DEFERRED Status:COURT PHASE
Court Disposition Date: 06/26/2012
Court Level/Degree: STATE JAIL FELONY

| | | | | | |
|---|---|---|---|---|---|
| Court Offense: NOT SPECIFIED | | | | | |
| Probation: Max: 2 Years | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: ███████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB3675489841257602906179657701010
Height (in): 075
Weight (lbs): 180
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 179657701010
Offense Date: 12/04/2011
Sentence Date: 01/30/2012
Agency: HARRIS CO SO HOUSTON
Date: 12/04/2011
Court Description: TX101393J - COUNTY CRIMINAL COURT AT LAW
Court Disposition: CONVICTED Status:COURT PHASE
Court Disposition Date: 01/30/2012
Court Fine: 30000
Court Level/Degree: MISDEMEANOR CLASS B
Court Offense: NOT SPECIFIED
Jail: Max: 1 Days

| | | | | | |
|---|---|---|---|---|---|
| 18. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: ███████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB3675489841257602906179657701010
Height (in): 075
Weight (lbs): 180
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 37,771
Sentence Date: 11/01/2004
Agency: STAFFORD POLICE DEPT
Date: 02/18/2003
Court Description: TX079035J - 268TH DISTRICT COURT RICHMON
Court Disposition: CONVICTED Status:COURT PHASE
Court Disposition Date: 11/01/2004
Court Level/Degree: STATE JAIL FELONY
Court Offense: NOT SPECIFIED
Jail: Max: 15 Months

**Offense 2**

Categories: OTHER
Case Number: 37,771
Sentence Date: 06/16/2003
Agency: STAFFORD POLICE DEPT
Date: 02/18/2003
Court Costs: 19800
Court Description: TX079035J - 268TH DISTRICT COURT RICHMON
Court Disposition: DEFERRED Status:COURT PHASE
Court Disposition Date: 06/16/2003
Court Fine: 5000
Court Level/Degree: STATE JAIL FELONY
Court Offense: NOT SPECIFIED
Probation: Max: 2 Years

| 19. | Wisner, Tamar Deandre | Criminal | Not Specified | | Texas |
|-----|-----------------------|----------|---------------|--|-------|

**Personal Information**

Data Source: Criminal Court
AKA 1: Wisner, Tamara
Date of Birth: 12/1980
SSN: ██████████
LexID: 0007-3513-3160
Address: TX
Offender Id: TB367548984125760290690990082101010
Height (in): 075
Weight (lbs): 180
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: OTHER
Case Number: 990082101010
Offense Date: 12/18/1998
Sentence Date: 09/20/2000
Agency: HOUSTON POLICE DEPARTMENT
Date: 01/05/1999
Court Description: TX101393J - COUNTY CRIMINAL COURT AT LAW

Court Disposition: COMMUNITY SUPERVISION Status:COURT PHASE
Court Disposition Date: 02/24/1999
Court Level/Degree: MISDEMEANOR CLASS B
Court Offense: NOT SPECIFIED


**Offense 2**

Categories: OTHER
Case Number: 990082101010
Offense Date: 12/18/1998
Agency: HOUSTON POLICE DEPARTMENT
Date: 01/05/1999
Court Description: TX101393J - COUNTY CRIMINAL COURT AT LAW
Court Disposition: DEFERRED Status:COURT PHASE
Court Disposition Date: 02/24/1999
Court Fine: 10000
Court Level/Degree: MISDEMEANOR CLASS B
Court Offense: NOT SPECIFIED
Probation: Max: 1 Years

| 20. | Wisner, Tamar Deandre | Dept. of Corrections | Abandon Endanger Child Criminal Negligence | | Texas |
| --- | --- | --- | --- | --- | --- |

**Personal Information**

Data Source: Department of Corrections
AKA 1: Wisner, Tamar Deandre
Date of Birth: 12/1980
SSN: ████████
LexID: 0007-3513-3160
Address: ███████████
Houston, TX ████████
Offender Id: EL0595385519801208
DOC Number: 01248945
Height (in): 074
Weight (lbs): 160
Race: BLACK
Skin: DARK
Sex: Male
Birth State: Texas
Origin State: Texas


**Offense 1**

Categories: FAMILY_OFFENSES
Case Number: 37771
Case Type: Department Of Correction
Max Term: 2Years
Offense Date: 02/18/2012
Sentence Date: 06/26/2012
Date: 02/18/2012


**Offense 2**

Categories: COUNTERFEITING_FORGERY

Case Number: 37771
Case Type: Department Of Correction
Offense Town: FORT BEND
Max Term: 1Years 3Months
Offense Date: 02/18/2003
Sentence Date: 11/01/2004

## Offense 3

Categories: ROBBERY_RESIDENTIAL
Case Number: 981159
Case Type: Department Of Correction
Offense Town: HARRIS
Max Term: 4Years
Offense Date: 03/16/2004
Sentence Date: 07/14/2004

## Offense 4

Categories: OTHER
Case Number: 981159
Case Type: Department Of Correction
Offense Town: HARRIS
Max Term: 4Years
Number Counts: 1
Offense Date: 07/14/2004

## Sentence 1

Admitted Date: 07/09/2004

## Sentence 2

Admitted Date: 04/28/2004
Scheduled Release Date: 04/28/2008

## Sentence 3

Current Status: RELEASE

| 21. | Wisner, Tamar Deandre | Dept. of Corrections | Not Provided By Source | | Texas |
|---|---|---|---|---|---|

## Personal Information

Data Source: Department of Corrections
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: ███████████████
Houston, TX███████████
Offender Id: I004805953855TDCJID19801208
Height (in): 074

Weight (lbs): 160
Race: BLACK
Skin: DARK
Sex: Male
Origin State: Texas

**Offense 1**

Case Number: 981159
Case Type: Department Of Correction
Max Term: 004Years
Offense Date: 07/14/2004
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE

| 22. | Wisner, Tamar Deandre | Dept. of Corrections | Abandon Endanger Child Criminal Negligence | | Texas |
|---|---|---|---|---|---|

**Personal Information**

Data Source: Department of Corrections
Date of Birth: 12/1980
SSN: ████████
LexID: 0007-3513-3160
Address: TX
Offender Id: I00490595385519801208
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: FAMILY_OFFENSES
Case Type: Department Of Correction
Offense Date: 02/18/2012
Offense Type: F
Type: F
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE
Court Disposition Date: 06/26/2012

**Sentence 1**

Admitted Date: 06/26/2012

**Parol Sentence 1**

County: BOWIE

| 23. | Wisner, Tamar Deandre | Arrest | Expired Registration | | Texas |
|---|---|---|---|---|---|

**Personal Information**

Data Source: Arrest Log
Date of Birth: 12/1980
SSN: ████████

LexID: 0007-3513-3160
Address: ███████████
Houston, TX ████████
Offender Id: MV90893498720398978691980120820070816
County: HARRIS
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Date: 08/16/2007
Court Disposition: COMM

**Offense 2**

Categories: TRAFFIC
Date: 08/16/2007
Court Disposition: COMM

**Offense 3**

Categories: OTHER
Date: 08/16/2007
Court Disposition: COMM

**Offense 4**

Categories: TRAFFIC
Date: 08/16/2007
Court Disposition: COMM

| 24. | Wisner, Tamar Deandre | Arrest | Assault-Family Member | | Texas |
|-----|------------------------|--------|------------------------|--|-------|

**Personal Information**

Data Source: Arrest Log
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: ███████████
Houston, TX ████████
Offender Id: MV90893498720398978691980120820091211
County: HARRIS
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: ASSAULT_OTHER
Date: 12/11/2009

Tamar_Wisner

| 25. | Wisner, Tamar Deandre | Arrest | Reckless Driving | | Texas |

**Personal Information**

Data Source: Arrest Log
Date of Birth: 12/1980
SSN: ███████████
LexID: 0007-3513-3160
Address: ████████████████
Houston, TX ██████████
Offender Id: MV90893498720398978691980120820111204
County: HARRIS
Race: BLACK
Sex: Male
Origin State: Texas

**Offense 1**

Categories: TRAFFIC
Date: 11/04/2011

