**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movants Tamar Wisner*
*and William Hackett*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVAR LILES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN,<br><br>Defendants. | Case No.: 3:25-cv-02915-RFL<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF TAMAR WISNER AND WILLIAM HACKET'S MOTION FOR: (1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (2) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:       July 1, 2025<br>Time:       10:00 a.m.<br>Courtroom:  15-18th Floor<br>Judge:      Hon. Rita F. Lin |

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP, counsel for co-lead plaintiff movants Tamar Wisner and William Hackett and proposed Lead Counsel for the Class.

2.    I submit this Supplemental Declaration, together with the attached exhibit, in support of Mr.Wisner and Mr. Hackett's motion for appointment as Co-Lead Plaintiffs, and approval of their selection of Levi & Korsinsky, LLP, as Lead Counsel for the Class.

3.    Attached hereto as the exhibit is a true and correct copy of the following:

**Exhibit A**:    A loss chart highlighting movant Samih Ramiz's SoundHound AI, Inc

transactions resulting in a *Dura* loss and excluding class period realized gains.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: June 10, 2025                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**


*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Tamar Wisner and William Hackett, and
Proposed Lead Counsel for the Class*

SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF TAMAR WISNER AND WILLIAM HACKET'S MOTION FOR: (1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (2) APPROVAL OF SELECTION OF COUNSEL