**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movants Tamar Wisner*
*and William Hackett*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVAR LILES, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:25-cv-02915-RFL |
| Plaintiff, | **DECLARATION OF TAMAR WISNER** |
| v. | Date:        July 1, 2025 |
| SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN, | Time:        10:00 a.m. |
| | Courtroom:   15-18th Floor |
| Defendants. | Judge:       Hon. Rita F. Lin |

I, Tamar Wisner, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am submitting this declaration in further support of my motion to be appointed co-lead plaintiff along with Mr. William Hackett. The purpose of this declaration is to address what I believe are unsubstantiated concerns about my background and ability to serve as a lead plaintiff in this lawsuit due to my record from over 20 years ago.

2.      I grew up in an extremely challenging socioeconomic environment during the 1980s in a bad neighborhood in Houston, Texas. I did not have appropriate parental supervision at times and consequently ended up falling into the wrong crowd. This led to numerous poor decisions and criminal activity culminating in an arrest, conviction, and jail sentence in 2004.

3.      In 2003, I forged a check that had been stolen from a mailbox by others whom I was involved with at the time. We attempted to use the check to buy a videogame console from a local Walmart. I pleaded guilty to this crime in exchange for a deferred adjudication arrangement.

DECLARATION OF TAMAR WISNER

Regrettably, a short time later I was arrested for robbery while attempting to steal a car stereo from an automobile in a parking garage. This negated the terms of my deferred adjudication arrangement and resulted in me serving four years in prison from 2004 to 2008 for both crimes.

4.    After leaving prison, I regained control of my life by working labor jobs during the day and attending automotive trade school at night. I obtained an Associates Degree in Automotive Technology along with numerous ASE Certifications and GCSS Army Certifications. My professional career since graduating has included jobs with the City of Houston, the U.S. Postal Service, and U.S. Government Contractors operating in Guantanamo Bay, Iraq, and Germany, where I currently live and work. In my current role, I serve as a Quality Inspector Lead where I oversee a team of Quality Inspectors ensuring that all work completed on military equipment is completed in compliance with relevant standards and ready for repurposing. I have been in this role for the past two years and, to this day, I still keep in touch with one of my Automotive Technology teachers and routinely speak to his incoming students to share my story and experiences.

5.    I understand that one of the shareholders challenging my adequacy to serve as lead plaintiff cited a child endangerment charge from 2012. This was removed from my record pursuant to a successful completion of a deferred adjudication arrangement. Since then, my record has been clean except for traffic violations.

6.    I have worked hard to achieve what I have. Consequently, the loss I incurred as a result of Defendants' actions in this case is especially meaningful to me, which is why I want to be a lead plaintiff. I understand the responsibility that comes with the position and, if appointed, will carry out my role to ensure the greatest possible recovery for myself and the rest of the class that I will be representing. My history from over 20 years ago does not interfere with my ability to be the lead plaintiff.

DECLARATION OF TAMAR WISNER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2025.

Mr. Tamar Wisner (Jun 13, 2025 09:08 GMT+2)

TAMAR WISNER

DECLARATION OF TAMAR WISNER