JORDAN ETH (CA SBN 121617)
JEth@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JAMES R. HANCOCK (CA SBN 293786)
JHancock@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

*Attorneys for Defendants SoundHound AI, Inc., Keyvan Mohajer, and Nitesh Sharan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. JOHN FAMILY TRUST, PAYAL DAVE, AND JEAN LUZINCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN,<br><br>Defendants. | Case No. 3:25-cv-02915-RFL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER**<br><br>Date Filed: March 28, 2025<br><br>Trial Date: None Set |

WHEREAS, on May 19, 2026, the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Order");

WHEREAS, the Order states, "If Plaintiffs wish to file an amended complaint correcting the deficiencies identified in this Order, they shall do so by June 9, 2026" (ECF No. 75 at 18);

WHEREAS, Plaintiffs are considering whether to file an amended complaint on or before June 9, 2026, as permitted by the Order;

WHEREAS, the Order did not set a deadline for Defendants to file an answer to the operative complaint, in the event that Plaintiffs do not elect to file a further amended complaint on or before June 9, 2026;

WHEREAS, under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' deadline to answer the Amended Complaint arises before Plaintiffs' deadline to file a further amended complaint, and an extension is warranted to avoid requiring Defendants to answer a pleading that may be superseded if Plaintiffs elect to amend on or before June 9, 2026;

WHEREAS, the Parties are meeting and conferring regarding these issues and an appropriate schedule for the case;

WHEREAS, the Parties anticipate entering into a separate, subsequent stipulation regarding the case schedule after a decision has been made regarding an amended complaint;

WHEREAS, the Parties are reserving all rights and waiving none;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Plaintiffs and Defendants, subject to Court approval, as follows:

1. Defendants' deadline to answer or otherwise respond to the operative complaint is stayed pending further order of the Court. Within seven days after Plaintiffs file any further amended complaint, or within seven days after Plaintiffs' deadline to do so expires if no further amended complaint is filed, the Parties shall meet and confer and submit a proposed schedule for Defendants' response to the operative complaint and further case deadlines.

2. Nothing in this stipulation is intended in any way to waive or affect any rights, claims, defenses, objections, or arguments that any party may have with respect to any matter other than those expressly addressed and agreed to in paragraph 1 above.

**IT IS SO STIPULATED.**

Dated: May 26, 2026

POMERANTZ LLP

By: */s/ Justin D. D'Aloia*

Jennifer Pafiti
Justin D. D'Aloia
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 610-1100

*Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class*

Dated: May 26, 2026

MORRISON & FOERSTER LLP

By: */s/ Ryan M. Keats*

Jordan Eth
Ryan M. Keats
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

James R. Hancock
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

*Attorneys for Defendants SoundHound AI, Inc., Keyvan Mohajer, and Nitesh Sharan*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ryan M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 26th day of May 2026, at San Francisco, California.

*/s/ Ryan M. Keats*
Ryan M. Keats

**[~~PROPOSED~~] ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED: **May 27, 2026**

The Honorable Rita F. Lin
United States District Judge