JORDAN ETH (CA SBN 121617)
JEth@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JAMES R. HANCOCK (CA SBN 293786)
JHancock@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

*Attorneys for Defendants SoundHound AI, Inc., Keyvan Mohajer, and Nitesh Sharan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. JOHN FAMILY TRUST, PAYAL DAVE, AND JEAN LUZINCOURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDHOUND AI, INC., KEYVAN MOHAJER, and NITESH SHARAN,<br><br>Defendants. | Case No. 3:25-cv-02915-RFL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING AMENDED COMPLAINT AND CASE SCHEDULE**<br><br>Date Filed: March 28, 2025<br><br>Trial Date: None Set |

WHEREAS, on May 19, 2026, the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 75) (the "Order");

WHEREAS, the Order states that "[i]f Plaintiffs wish to file an amended complaint correcting the deficiencies identified in this Order, they shall do so by June 9, 2026";

WHEREAS, the Parties filed a stipulation and proposed order in which they stated that Plaintiffs were considering whether to file an amended complaint on or before June 9, 2026 in accordance with the Order, and thus proposed staying Defendants' deadline to answer the Amended Class Action Complaint until Plaintiffs made such a determination (ECF No. 76);

WHEREAS, the Court entered an order on May 27, 2026, staying Defendants' deadline to answer (ECF No. 77);

WHEREAS, Plaintiffs have informed Defendants that Plaintiffs do not intend to file an amended complaint pursuant to the Order;

WHEREAS, the Parties reserve all rights and waive none;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Plaintiffs and Defendants, subject to Court approval, as follows:

1. Plaintiffs have decided not to file an amended complaint pursuant to the Court's Order Granting in Part and Denying in Part Motion to Dismiss With Leave to Amend (ECF No. 75).

2. Defendants' deadline to answer or otherwise respond to the operative complaint shall be September 16, 2026.

3. The initial case management conference shall be scheduled for September 23, 2026, at 10:00 a.m. PT or at the Court's convenience thereafter.

4. All other deadlines under the Federal Rules of Civil Procedure, Local Rules, and prior orders in this action, and all associated ADR Multi-Option Program deadlines, are hereby stayed until 14 days after the case management conference.

5. Nothing in this stipulation is intended in any way to waive or affect any rights, claims, defenses, objections, or arguments that any party may have with respect to any matter other than those expressly addressed and agreed to in paragraphs 1-4 above.

**IT IS SO STIPULATED.**

Dated: June 9, 2026

**POMERANTZ LLP**

*/s/ Justin D'Aloia*
Jeremy A. Lieberman (*pro hac vice*)
Justin D'Aloia (*pro hac vice*)
Guy Yedwab (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
jdaloia@pomlaw.com
gyedwab@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class*

**KEHOE LAW FIRM, P.C.**
Michael K. Yarnoff
2001 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (215) 792-6676
myarnoff@kehoelawfirm.com

*Additional Counsel for Lead Plaintiffs*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBD 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
shopkins@zlk.com
gpotrepka@zlk.com
membleton@zlk.com

*Counsel for Plaintiff Jean Luzincourt*

Dated: June 9, 2026

**MORRISON & FOERSTER LLP**

*/s/ Ryan M. Keats*
Jordan Eth
Ryan M. Keats
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

James R. Hancock
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

*Attorneys for Defendants SoundHound AI, Inc., Keyvan Mohajer, and Nitesh Sharan*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ryan M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 9th day of June 2026, at San Francisco, California.

*/s/ Ryan M. Keats*
Ryan M. Keats

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED: June 10 , 2026

The Honorable Rita F. Lin
United States District Judge