UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RODICK,

Plaintiff,

v.

KEYVAN MOHAJER, et al.,

Defendants.

Case No. 26-cv-08304-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *St. John Family Trust v. SoundHound AI, Inc.*, No. 3:25-cv-02915-RFL, and *In re SoundHound AI, Inc. Stockholder Derivative Litigation*, No. 3:25-cv-03172-RFL.

**IT IS SO ORDERED.**

Dated: August 17, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California